UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO MARTINEZ<br>DOC # 174399 | * | CIVIL ACTION NO. 2:14-cv-2367<br>SECTION P |
| v. | * | JUDGE MINALDI |
| SHERIFF'S OFFICE<br>CALCASIEU PARISH | * | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 16) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Martinez's civil rights complaint is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

Lake Charles, Louisiana, this 24 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE